AO 241 (Rev. 09/17)

RECEIVED
APR 1 8 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Western District of Louisiana |
|---|---|
| Name (under which you were convicted): Tam Minh Tran | Docket or Case No.: sec P  3:22-cv-00891-TAD-KDM |
| Place of Confinement: | Prisoner No.: 358853 SEC P |
| Petitioner (include the name under which you were convicted) Tam Minh Tran | Respondent (authorized person having custody of petitioner) Franklin Parish Detention Center et al |

v.

The Attorney General of the State of:

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   22ⁿᵈ Judicial District Court Parish of St. Tammany State of Louisiana

   (b) Criminal docket or case number (if you know): #577672 and #585419

2. (a) Date of the judgment of conviction (if you know): MAY 30, 2019
   (b) Date of sentencing: May 30, 2019

3. Length of sentence: 15-yrs

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Docket #577672 R.S 40:966/A(1) (2) 40.966(A)(3) 14:951(4) 14:69.1 (5) 14:95.3(A)(6) 40:1041 B,(7) 14.93 (8) 40:966 A 9) 40:1011 B (10) 14:93, Docket #585419 (1) R.S 14:37.4 (2) 14:94 (3) 40:966 (A) (4) 40:1060.13 (5) 14:95.1

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☒ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

    ☐ Yes    ☒ No

9. If you did appeal, answer the following:

(a) Name of court:
(b) Docket or case number (if you know):
(c) Result:
(d) Date of result (if you know):
(e) Citation to the case (if you know):
(f) Grounds raised:

N/A

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

    If yes, answer the following:

    (1) Name of court:
    (2) Docket or case number (if you know):
    (3) Result:

N/A

AO 241 (Rev. 09/17)

  (4) Date of result (if you know): _____

  (5) Citation to the case (if you know): _____

  (6) Grounds raised: N/A

 (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

  If yes, answer the following:

  (1) Docket or case number (if you know): _____

  (2) Result: _____

  N/A

  (3) Date of result (if you know): _____

  (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

 (a) (1) Name of court: 22nd Judicial District Court St. Tammany

  (2) Docket or case number (if you know): 577672 AND 585419

  (3) Date of filing (if you know): Dec. 17, 2021

  (4) Nature of the proceeding: Motion For Out of time Appeal, Production of Doc.

  (5) Grounds raised: reset time to file Post-conviction Due to Covid-19 pandemic. And to Recieve Documents for Both Dockett

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes ☒ No

  (7) Result: Out of time Appeal Denied, Production of Doc. Granted,

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _March 10, 2022_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:   N/A

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____N/A_____

(8) Date of result (if you know): _____N/A_____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes  ☒ No
(2) Second petition:  ☐ Yes  ☒ No
(3) Third petition:   ☐ Yes  ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Because I already filed A Writ of Habeas Corpus. At the time I thought St. Tammy won't respond

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Violation of Sixth and Fourteenth right to effective Assistance Council

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A) Attorney co-hearse into plea guilty with False advise of Legislative changes.
B) Failure to advise petitioner of Present and future consequence of pleading guilty to Aggivated charge, and Convicted felony with Firearm charges.

(b) If you did not exhaust your state remedies on Ground One, explain why: Petitioner was Denied A Extension on his Post Conviction Data. Please let record reflect Petitioner was in the County Jail for 2 months, and being transferred Around for the first 6 months, then the COVID-19 hit. Petitioner was Denied his Motion of Out of time Appeal by St. Tammy.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _N/A_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _N/A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N/A_

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO:** State Multiple offender Bill of Information is Invalid

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
A/State Produce one conviction, Simple Escape Docket #01-2049, according to R.S 529.1(C)(1) this conviction is outdated.
May 25, 2001 - Arrested
Aug 12, 2003 - Sentence to 3 yrs with 6 months ct. S
April 27, 2004 - released from plaquemines Parish Custody
Oct 27 2005 - Maximum Sentence
Oct 2015 - 10 yrs cleans R.S 529.1(C)(1)
Docket #577672 - Arr. June 6, 2016, Docket #585414, Oct 8, 2016

(b) If you did not exhaust your state remedies on Ground Two, explain why: Petitioner Did Not Know that the State changed Conviction on the Multiple offender Bill, to he recieved his production of Documents, on March 22, 2022. He was also Denied a chance to file post Conviction.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ N/A _____

(e)   **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____ N/A _____

**GROUND THREE:** State did not uphold plea bargain agreement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A) Petitioner did not recieve 40 mon. as agreed on plea bargain. C.F.W.F count #3 is wrong
B) State changed orginal sentence of 15 years for remain of 10 counts: 1,2,4,5,6,7,8,9,10 of Doket# 57762 and Count 3,4,5 Docket# 585419 without Petitioner consent or Knowledge, but to Correct error of illigal Sentence.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Petitioner was Denied Out of time Appeal. Did Not Know evendense excist till recieving Document from St. Tammy Court

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** Petioner Sentence is illegal and is excessive

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A) Max sentence is only reserve for the worst kind of offenders and crimes. (B) His sentence was not equal to the sentence given to other offender with the same or worst case in St. Tammy Parish.

(b) If you did not exhaust your state remedies on Ground Four, explain why: (1) Denied Extenision for Post Conviction Relief (2) Did not Know evidence excist till recieving Document From St. Tammy

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☑ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

N/A

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: 1,2,3,4 Denied Extension For Post Conviction Relief and did not know evidence grounds exist till After Receiving Motion to Produce documents. Petitioner Belief these grounds are illigal Sentence.

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    Petitioner Prays that if he missed any grounds this Honorable Court may help him, so he may be granted any relief deem fit by this Honorable Court

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

    N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

    N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Buddy Spells, RAcheal YAzBeck

    (b) At arraignment and plea: Racheal YAzBeck

    (c) At trial:

    (d) At sentencing:

    (e) On appeal:

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes  ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: NA

    (b) Give the date the other sentence was imposed: NA

    (c) Give the length of the other sentence: NA

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

(1) I was in the Parish waiting to be shiped, then I was moved from R.D.C and then to E.P.D.C. I was trying to obtain lawyer, then COVIN-19 close all courts and Federal down. Even Jail Law Library was close. I filed late because I thought due to COVIN-19 I would get At least A year back on Post Conviction.

(2)

Relief. I would of filed or have a Attorney filed in At least one year, But ALSO I didn't Know of the State changes till recieving Documents from St. Tammy Court. Due to New Evidence I believe I should be able to have this Honorable Court hear my evidence and case. (3) ALSO Due to COVID-19 this Honorable Court should allow this Writ to be Heard

1) Trying to obtain lawyer and get stable before COVID-19 hit

2) New Evidence Just Recieved After recieving Documents From St. Tammy ON March 22, 2022.

3) COVID-19 shutdown of ALL government buildings for Almost 2 years.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *That the Sentense be vacated or Any Relief this Honorable Court Deem Fit*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *April 14, 2022* (month, date, year).

Executed (signed) on *April 14, 2022* (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____