**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage
$

Sent To   St. Tammany Parish District
          Attorney's Office
Street and Apt   701 N. Columbia Street
City, State, Zip   Covington, LA 70433

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0140 0000 0680 8222

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total P.
$

Sent To   Attorney General's Office
          Criminal Division
Street     P.O. Box 94005
City, St.  Baton Rouge, LA 70804-9005

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0140 0000 0680 8215

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Post
$

Sent To   Clerk
          22nd Judicial District Court
Street and   P. O. Box 1090
City, State   Covington, LA 70434

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0140 0000 0680 8239