UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAM MINH TRAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1161** |
| **FRANKLIN PARISH DETENTION CENTER, ET AL.** | **SECTION "S"(4)** |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tam Minh Tran's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust sate court review.

New Orleans, Louisiana, this  4th  day of    January   , 2023.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**