UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM MINH TRAN | CIVIL ACTION |
| VERSUS | NO. 22-1161 |
| FRANKLIN PARISH DETENTION CENTER, ET AL. | SECTION "S"(4) |

### **J U D G M E N T**

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondents, Franklin Parish Detention Center, Sheriff Kelvin Cobb, and Warden Chad Lee, and against the petitioner, Tam Minh Tran, dismissing Tran's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for failure to exhaust state court remedies.

New Orleans, Louisiana, this  4th  day of     January    , 2023.

*(signature)*

**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**