UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM MINH TRAN | CIVIL ACTION |
| VERSUS | NO. 22-1161 |
| FRANKLIN PARISH DETENTION CENTER, ET AL. | SECTION "S"(4) |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

__X__   a certificate of appealability shall not be issued for the following reason(s):

This matter has been dismissed without prejudice for failure to exhaust, the court has thus not reached the merits, and therefore petitioner has not established the denial of a constitutional right.

New Orleans, Louisiana, this  4th  day of     January    , 2023.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**